LANCE R. CLARK, OSB # 032894
Email: lancerclarkpdx@gmail.com
8 N. State Street #301
Lake Oswego, OR 97034
Phone: (503) 284-6899; Fax (503) 200-1087
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| TERESA MAUREEN MYERS, | Case No.: 3:14-cv-01368-BR |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,603.92 will be awarded to Plaintiff Teresa Myers in care of her attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), to Teresa Myers and mailed to her attorney, Lance R. Clark, at his address: 8 N. State St. #301, Lake Oswego, OR 97034. There are no costs or expenses.

Dated this 21st day of December 2015.

_____
United States District Judge

Page 1— ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412
LANCE R. CLARK, ATTORNEY AT LAW
8 N. STATE STREET #301, LAKE OSWEGO, OR 97034
(PH) 503-284-6899 ● (FAX) 503-200-1087 ● lancerclarkpdx@gmail.com